MAYOR *et al* OF NASHVILLE *v.* J. & M. J. DAVIS.

TAX ON LITIGATION.  *When it accrues.*  The tax on each suit, under the act of 1881, ch. 149, sec. 4, accrues when the suit is commenced, and must be paid, although the suit was compromised and dismissed before the parties had come to an issue.

FROM DAVIDSON.

Appeal from the Chancery Court at Nashville.  A. G. MERRITT, Ch.

ATTORNEY-GENERAL LEA for the State.

JOHN RUHM for defendant.

COOPER, J., delivered the opinion of the court.

Bill filed April 19, 1881, for the collection of taxes.  The decree entered on October 7, 1881, shows that the defendants paid off the taxes claimed before any step had been taken in the cause, or the parties had come to an issue, and it was agreed that the bill should be dismissed upon the defendant's paying the costs.  The chancellor held that the State and county tax on litigation accrued at the time of the filing of the bill, and refused a motion to re-tax the costs by striking out these items.  The argument against this ruling is that the act of 1881, ch. 149, sec. 4, puts a tax on litigated cases, not on all cases.  The section in question enumerates the taxable privileges, and

fixes the rates of taxation. It says on the subject before us: " On litigation, on each suit in law or equity causes, $7.50." The words "on litigation" only designate the privilege. The tax is on each suit, and accrues when the suit is commenced.

Affirm the decree with costs.